

# NUMBER 13-26-00160-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOHNNY LAMONTE PHILLIPS,                                          Appellant,

## v.

MARGARET AMANDA PHILLIPS,                                          Appellee.

## ON APPEAL FROM THE 393RD DISTRICT COURT
## OF DENTON COUNTY, TEXAS

# MEMORANDUM OPINION

## Before Chief Justice Tijerina and Justices West and Cron
## Memorandum Opinion by Justice West

The cause is before the court on its own motion.[1] The clerk's record was due to be filed on or before December 22, 2025. On March 3, 2026, the Clerk of the Court notified appellant that the deputy district clerk, Jessica Godwin, had notified the Court that appellant had failed to make arrangements for the payment of the clerk's record.

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Appellant was notified that unless he made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, appellant has failed to respond to the notice, and the Court has not received the clerk's record.

Furthermore, on January 12, 2026, and on February 4, 2026, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee. On February 17, 2026, The Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of the Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See id.* R. 42.3(c).

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
9th day of April, 2026.

2